JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMAR JACKSON,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVID LEE, an Individual; ANNA Y LEE, an Individual; and Does 1-10,<br><br>    Defendants. | Case No.: 2:20-cv-03072-PA-PVC<br><br>*Hon. Percy Anderson*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: April 2, 2020<br>Trial Date:   Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Shamar Jackson's ("Plaintiff") action against David Lee and Anna Y. Lee ("Defendants") is dismissed with prejudice. Each party will be responsible for their own fees and costs.

IT IS SO ORDERED

Dated  July 30, 2020

_____
United States District Judge